

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

THOMAS G. BRUTON

CLERK

OFFICE OF THE CLERK

Telephone: (312) 435-5698

September 30, 2014

All Counsel of Record

CAS 3 14−02196 Giles v. Endo Pharmaceuticals Inc. et al  **14cv7595**
CAS 3 14−02219 Ruede v. Auxilium Pharmaceuticals, Inc  **14cv7597**

**MDL 2545**

Dear Counselor:

We hereby acknowledge receipt of the records, which were electronically transferred to our court from the USDC, Southern District of California. The assigned judge to the case is Honorable Kennelly.

The purpose of this letter is to inform you that MDL Panel has ordered that the above-referenced case be transferred to the Northern District of Illinois, and the records received from this transfer indicate that you are an attorney of record. All future documents filed in this matter should reference the case number and judge assigned in the Northern District of Illinois.

For further information, please visit our website address at: www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division to review the General Order regarding electronic filings, e-filing training , user manual and policies and procedures for registration as an efiler in this Court.

Sincerely yours,

Thomas G. Bruton, Clerk

 /s/ Lakisha C. Williams
Deputy Clerk